UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 05 B 23953
   STEPHANIE MICHELLE EVANS
   GREGORY EVANS                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-6017    SSN XXX-XX-9829
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/16/05 and confirmed on 09/29/05.

2. The case was dismissed after confirmation, 02/15/2008.

3. The Debtor paid a total of $ 10009.45 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 51.35 | .00 | 51.35 |
| NIKO CREDIT SERVICES | SECURED VEHIC | 1500.00 | 185.57 | 735.37 |
| ACE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 406.71 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 588.82 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 450.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER PORTFOLIO SERVI | UNSECURED | 651.23 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| EVERLAST EXTERIORS | SECURED | 12500.00 | .00 | 6444.20 |
| MONEY STORE BANKRUPTCY | UNSECURED | 9781.35 | .00 | .00 |
| GLOBAL CONTROL INC | UNSECURED | 306.48 | .00 | .00 |
| IL COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| INTERSTATE ENERGY GAS CO | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 200.09 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 537.39 | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 293.00 | .00 | .00 |
| SIR FINANCE | UNSECURED | 1224.00 | .00 | .00 |
| YELLOW BOOK OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| NIKO CREDIT SERVICES | UNSECURED | 3235.48 | .00 | .00 |

```
ASSET ACCEPTANCE CORP      UNSECURED      310.40           .00          .00
NEURO SPINAL CENTER        UNSECURED     1165.09           .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED      279.07           .00          .00
EVERLAST EXTERIORS         UNSECURED      929.22           .00          .00
      Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14051.35        .00     20358.33        .00     34409.68
PRINCIPAL PAID       7230.92        .00          .00        .00      7230.92
INTEREST PAID         185.57        .00          .00        .00       185.57
TOTAL PAID           7416.49        .00          .00        .00      7416.49
```

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $    392.96 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/23/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 23953 STEPHANIE MICHELLE EVANS & GREGORY EVANS